**No. 48265.**—Protests 866932–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel manila hats, similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and knotted hemp hats, similar to those involved in Abstract 46497, were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

**No. 48266.**—Protests 993452–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Tilson, J. Hats or hoods composed of ramie and cellophane, the same in all material respects as those involved in Abstract 47291, were held dutiable at 25 percent under paragraph 1504 (b) (1) in accordance with stipulation of counsel.

**No. 48267.**—Protests 666346–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Tilson, J. In accordance with agreement of counsel certain of the harvest hats which were imported and withdrawn for consumption prior to February 1, 1936, were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), Tariff Act of 1930, and those imported or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) of said act and the Netherlands Trade Agreement (T. D. 48075).

BEFORE THE SECOND DIVISION, MAY 10, 1943

**No. 48268.**—Petition 6266–R of H. L. Spindle (Laredo).

Opinion by Tilson, J. At the trial the petitioner herein, a customhouse broker, appeared and gave testimony which exonerated him of any bad faith in the transaction, but the record is barren of any testimony tending to establish the good faith of the principal in this case, who did not appear at the trial. There being nothing in the record on which to base a finding that the principal acted without intent to defraud, deceive, or misrepresent the facts of the case, the petition was denied.